

**FILED**
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

10/28/22

MITCHELL R. ELFERS
CLERK

22cv807-KWR-SCY

U.S. STATES CLERK

TO Whom IT May Concern:

- IKE ANDERSON BACA # 100238602
  100 DEPUTY DEAN MIERA DR SW
  ABQ NM 87157

- I would Like To File A 1983 prisoners Civil Rights Complaint against
  a) THE CITY OF ALBUQUERQUE et. al
  b) THE METROPOLITAN DETENTION CENTER BERNCO.
  c) Bernalillo County Board of Commissioners

Can You Please Process My Starting Facts & Allegations By Filing This paperwork And can you please send Me The Necessary Paper work and Application of Indigency So That I Can Start My US 42 1983 Civil Rights Claim Plz And Thank you.

Respectfully Submitted
IKE ANDERSON BACA

FACTS

1.) Non ~~Sure~~ Provision of Adequate Out of Cell Time

09/01/2022 to 09/06/2022 I was Locked Down for 116 Consecutive Hours w/out
- Shower
- Recreation
- Phone Access
- Day Room
- Facility Kiosk
- Legal Access.

2.) Security Staff Shortage / Negligence.

MDC failed to Provide Adequate Staffing, Personnel, Medical provision necessary to Keep me Safe while In The care/custody of A State & County Agency

3.) Excessive Force -

Was forced to Remain In My Cell for 116 Consecutive Hours w/out Basic Humane Necissity.

4.) Failure To Act.
MDC Has failed to Act In Resolving Staffing Issues In A Timely Manner.

FACTS

1.) Non ~~Safe~~ Provision of Adequate Out of Cell Time

09/01/2022 to 09/06/2022 I was Locked Down for 116 consecutive Hours w/out
- Shower
- Recreation
- Phone Access
- Day Room
- Facility Kiosk
- Legal Access.

2.) Security Staff Shortage / Negligence.

MDC failed to Provide Adequate Staffing, Personnel, Medical Provision necessary to keep me safe while In The Care/Custody of A State & County Agency

3.) Excessive Force.
Was forced to Remain In My Cell for 116 consecutive Hours w/out Basic Humane Necissity.

4.) Failure To Act.
MDC Has failed to Act In Resolving ~~Staffing~~ ~~Issues~~ In A Timely Manner.

10

FACTS

1.) Non Provision of Adequate Out of Cell Time

09/01/2022 to 09/06/2022 I was Locked Down for 116 consecutive Hours w/out
- Shower
- Recreation
- Phone Access
- Day Room
- Facility Kiosk
- Legal Access.

2.) Security Staff Shortage / Negligence

MDC failed to Provide Adequate Staffing, Personnel, Medical provision necessary to keep me safe while in the care/custody of a State & County Agency

3.) Excessive Force.

Was forced to Remain in my Cell for 116 Consecutive Hours w/out Basic Humane Necissity.

4.) Failure To Act.

MDC Has failed to Act in Resolving Staffing Issues in a Timely Manner.

10

IV  ALLEGATIONS

COUNT 1:
NON Provision of ADEQUATE OUT Of Cell Time.

COUNT 2:
Security Staff Shortage / Negligence

COUNT 3:
Excessive force

COUNT 4:
Failure TO Act Policy

COUNT 5:
Torture

11

IV  ALLEGATIONS

COUNT 1:
Non Provision of Adequate out of Cell Time.

COUNT 2:
Security Staff Shortage / Negligence

COUNT 3:
Excessive force

COUNT 4:
Failure to Act Policy

COUNT 5:
Torture

11

## IV  ALLEGATIONS

COUNT 1:
NON Provision of Adequate out of Cell Time.

COUNT 2:
Security Staff Shortage / Negligence

COUNT 3:
Excessive force

COUNT 4:
Failure To Act Policy

COUNT 5:
Torture

11

IV  ALLEGATIONS

COUNT 1:
Non Provision of Adequate out of Cell Time.

COUNT 2:
Security Staff Shortage / Negligence

COUNT 3:
Excessive force

COUNT 4:
Failure to Act Policy

COUNT 5:
Torture

11

IKE ANDERSON BACA #100238602
100 DEPUTY DEAN MIERA DR. SCJ
ALBUQUERQUE NM. 87151



Albuquerque NM PROC-87101
WED 26 OCT 2022 AM

U.S. DISTRICT COURT CLERK
DISTRICT OF NEW MEXICO
SUITE 270
333 Lomas Blvd NW
ALBUQUERQUE NM.
87102

RECEIVED
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

OCT 27 2022

MITCHELL R. ELFERS
CLERK